**VEHICLE INTERFACE TECHNOLOGIES LLC, Plaintiff–Appellant**

v.

**JAGUAR LAND ROVER NORTH AMERICA LLC, Defendant–Appellee.**

Nos. 2015–1834, 2015–1835.

United States Court of Appeals, Federal Circuit.

May 9, 2016.

Robert E. Freitas, Freitas Angell & Weinberg LLP, Redwood City, CA, argued for plaintiff-appellant. Also represented by Daniel J. Weinberg.

Matthew J. Moore, Latham & Watkins LLP, Washington, DC, argued for defendant-appellee. Also represented by Gabriel Bell, James Bender, Adam Michael Greenfield; Clement J. Naples, New York, NY; Lisa K. Nguyen, Menlo Park, CA.

TARANTO, SCHALL, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**